| PROB 22 (Rev. 2/88) | **TRANSFER OF JURISDICTION** | DOCKET NUMBER *(Tran. Court)* 1:95CR01037-001 |
|---|---|---|
| | | DOCKET NUMBER *(Rec. Court)* 8:07CR166-T-26MAP |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE: | DISTRICT | DIVISION |
|---|---|---|
| Kenneth Brad Royal<br>3926 Deeson Road<br>Lakeland, Fl 33810 | Florida Northern | Gainesville |
| | NAME OF SENTENCING JUDGE | |
| | Maurice M. Paul, Senior United States District Judge | |
| | DATES OF PROBATION/SUPERVISED RELEASE: | FROM 2/13/2007    TO 2/12/2010 |

OFFENSE

Count 1: Possession of a Firearm by a Convicted Felon
Count 2: Possession of a Stolen Firearm

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF FLORIDA

    IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the supervised releasee named above be transferred with the records of the Court to the United States District Court for the Middle District of Florida, Tampa Division, upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of supervised release may be changed by the District Court to which this transfer is made without further inquiry of this Court.*

*April 27, 2007*
Date

*[signature]* Maurice M. Paul
Senior United States District Judge

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE Middle District of Florida, Tampa Division

    IT IS HEREBY ORDERED that jurisdiction over the above-named supervised releasee be accepted and assumed by this Court from and after the entry of this order.

6/11/07
Effective Date

*[signature]*
United States District Judge

FILED 07 JUN 28